UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL O. KERBER, ET AL.,

    Plaintiff,                        No. 18-12049

v.                              District Judge Arthur J. Tarnow
                                  Magistrate Judge R. Steven Whalen

WAYNE COUNTY EMPLOYEES
RETIREMENT SYSTEM, ET AL.,

    Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on December 5, 2019, Plaintiffs' Motion to Extend Discovery [ECF No. 61] is GRANTED, and Plaintiffs' Motion to Compel Discovery and Renewed Motion to Extend Discovery [ECF No. 65] is GRANTED IN PART AND DENIED IN PART.

Discovery cut-off is extended to February 3, 2010.

Within 14 days of the date of this Order, Defendant Wayne County Employees Retirement System will produce emails within its custody and control received from or sent by Robert Grden, Gerald Grysko, Felicia Hollis, and Lynn Roberts in which Daniel Kerber's name appears in the subject line or the body of the email.

In all other respects, Plaintiff's motion to compel [ECF No. 65] is DENIED.

IT IS SO ORDERED.

                                            s/ R. Steven Whalen
                                            R. STEVEN WHALEN
                                            UNITED STATES MAGISTRATE JUDGE

Dated: December 9, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 9, 2019, electronically and/or by U.S. mail.

                                           s/Carolyn M. Ciesla
                                           Case Manager to the
                                           Honorable R. Steven Whalen